IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN BRANDON, RAFAEL AGUILERA, ALDO MENDEZ-ETZIG, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>3PD, INC.,<br><br>    Defendant. | Case No. 13-CV-3745<br><br>**Judge Ronald A. Guzman**<br><br>Magistrate Judge Geraldine Soat Brown |

**PLAINTIFFS' STIPULATION REGARDING
THE STARTING DATE FOR THE CLASS DEFINITION**

Pursuant to Magistrate Judge Soat Brown's Report and Recommendation (D.E. 76), Plaintiffs hereby stipulate that the starting date for the class in the class definition is January 1, 2008.

Dated: October 1, 2014

Alejandro Caffarelli, #06239078
Marc J. Siegel, #06280535
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL 60601
Tel. (312) 540-1230
Fax (312) 540-1231


Harold L. Lichten BBO# 549689
Benjamin J. Weber BBO# 673736
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
617-994-5800

Respectfully submitted,

MARVIN BRANDON, RAFAEL AGUILERA, ALDO MENDEZ-ETZIG, individually and on behalf of all other similarly situated

By: /s/ Bradley Manewith
    Bradley Manewith

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the attached document, **Plaintiffs' Stipulation regarding the Starting Date for the Class Definition**, to the individuals listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on October 1, 2014:

Robert L. Browning
James T Spolyar
Scopelitis, Garvin, Light & Hanson & Feary, P.C.
10 West Market Street, Suite 1500
Indianapolis, IN 46204

Adam Carl Smedstad
Allyson E. Feary
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 W Monroe Street, Suite 600
Chicago, IL 60603

Harold L. Lichten
Benjamin Weber
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114

Courtesy copies were delivered to Judge Guzman within 24 hours of e-filing.


/s/ Bradley Manewith
Attorney for Plaintiffs