IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN BRANDON, RAFAEL AGUILERA, ALDO MENDEZ-ETZIG, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>3PD, INC.,<br><br>Defendant. | Case No. 13-CV-3745<br><br>**Judge Ronald A. Guzman**<br><br>Magistrate Judge Geraldine Soat Brown |

## [PROPOSED] ORDER OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Having considered Plaintiffs' Assented- to Motion for Preliminary Approval of Class Action Settlement and Permission to Send Notices to Class Members, the Court hereby ORDERS as follows:

1. The parties' proposed class action settlement in this case is fair, reasonable, and adequate, meets all of the requirements of Rule 23 as a class action for settlement purposes.

2. The Court therefore certifies a class, for settlement purposes only, consisting of:

All persons who entered into a Delivery Services Agreement individually or on behalf of another entity, and personally provided delivery services pursuant to that Agreement for 3PD or XPO (after it acquired 3PD in August 2013) in the State of Illinois between January 1, 2008 and the present.

3. The Court appoints Harold L. Lichten, Esq. of Lichten & Liss-Riordan, P.C. and Marc Siegel, Esq. and Bradley Manewith, Esq. of Siegel Law Group as counsel for the settlement class.

4. The Court further approves the Notice and Claim Form submitted with Plaintiffs' Assented-to Motion for Preliminary Approval of Class Action Settlement and directs that the Notice and Claim Form be sent out to class members as provided in the motion.

5. The Court grants preliminary approval of the class action settlement and the proposed plan of allocation of settlement funds pursuant to Fed. R. Civ. P. 23.

A final class action settlement fairness hearing will be held in this case on _____, 2015, at \_\_\_\_\_ \_.m.

ENTERED this \_\_\_\_ day of _____, 2015.

_____
Hon. Judge Ronald A. Guzman