UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Marvin Brandon, et al.
                              Plaintiff,

v.                                         Case No.: 1:13−cv−03745
                                           Honorable Ronald A. Guzman

3PD Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 26, 2016:

MINUTE entry before the Honorable Ronald A. Guzman: Final Approval hearing held on 1/26/2016. Agreed motion by Plaintiffs Rafael Aguilera, Marvin Brandon, Aldo Mendez−Etzig for Final Approval of Class Action Settlement [144] is granted. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.