IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN BRANDON, RAFAEL AGUILERA, ALDO MENDEZ-ETZIG, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>3PD, INC.,<br><br>Defendant. | Case No. 13-CV-3745<br><br>**Judge Ronald A. Guzman**<br><br>Magistrate Judge Geraldine Soat Brown |

## ORDER OF APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSAL OF CASE

Having considered the parties' proposed class action settlement in this case and determined that it is fair, reasonable, and adequate, the Court hereby certifies this case as a class action and grants final approval of the class action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. The Court further orders the settlement funds to be distributed as set forth in Plaintiffs' Motion for Final Approval of Class Action Settlement.

This case is dismissed with prejudice, with all parties waiving all rights of appeal and bearing their own costs.

ENTERED this 26th day of January, 2016

_Ronald A. Guzman_
Hon. Ronald A. Guzman, U.S. District Court Judge